UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-07176-JC | Date | September 26, 2025 |
|---|---|---|---|
| Title | Mario Mendoza v. Martin Gerardo Fernandez, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION

The action herein was filed on August 4, 2025. On September 9, 2025, Plaintiff filed proofs of service regarding service of the Complaint and Summons on both named Defendants – Martin Gerardo Fernandez d/b/a FM Motors and Patricia Anne Price as Trustee of the Price Family Trust – on August 25, 2025 and August 29, 2025, respectively. Defendants' deadlines to file a responsive pleading (September 15, 2025 and September 19, 2025, respectively) have expired. See Fed. R. Civ. P. 4(e)(2)(A), 12(a)(1)(A)(i). Since those dates, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter. No answer has been filed. Nor have Defendants requested an extension of time to file a responsive pleading. No request for the entry of default has been filed.

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **October 10, 2025**, why this action should not be dismissed for lack of prosecution. **Plaintiff's failure timely to file a response to this Order to Show Cause and/or to show good cause may result in the dismissal of this case based on Plaintiff's lack of prosecution and/or failure to comply with this Order to Show Cause.**

It is Plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently. All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules. L.R. 7-1, 8-3.

IT IS SO ORDERED.